In the Matter of WILLIAM E. HENTHORNE, Appellant, against HARRY G. KIMBALL et al., Constituting the Village Board of the Village of Bronxville et al., Respondents.

Argued April 4, 1939; decided April 18, 1939.

*John J. Hughes* and *David H. Moses* for appellant.

*Frank Delaney* and *Michael J. Kiely, Jr.*, for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.